BERTHA HOFFMAN, respondent,

*v.*

FREDERICK RAUCHMILLER et al., appellants,

[Argued May term, 1925.  Decided October 19th, 1925.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Church, whose opinion is reported in *95 N. J. Eq. 500.*

*Mr. Theodore G. Hinderlang,* for the appellants.

*Messrs. Lehlbach, Johnson & Ormond,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church.

*·For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, JJ.  14.

*For reversal*—None.